**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| I.G., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-1176-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | |

**ORDER**

On September 30, 2026, Respondents filed a motion to dismiss Petitioner's application for writ of habeas corpus (ECF No. 4), and on October 2, 2026, the Court notified Petitioner of his right to file a response thereto (ECF No. 5). On October 29, 2026, the Court received a document from Petitioner that is styled as a motion to dismiss, but which includes case citations that appear to be responsive to Respondents' motion to dismiss (ECF No. 6). It is, thus, unclear to the Court whether Petitioner is responding to Respondents' motion to dismiss, or whether Petitioner intended to file a voluntary dismissal of his case under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Consequently, Petitioner is **ORDERED** to notify the Court in writing whether he intended to file a response to Respondent's motion to dismiss, or whether he desires to voluntarily dismiss this case **within fourteen (14) days** of the date of this Order. Respondents may, but are not required to, file a reply within seven (7) days of Petitioner's response to this Order.

**SO ORDERED**, this 3rd day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE